■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT BRUNNER, IV, Appellant. [711 NYS2d 377] —Motion for consolidation and to extend time to perfect appeals denied. Memorandum: The motion is denied because no direct appeal lies from an order denying a motion for disclosure of a presentence report (*see, People v Wosu*, 256 AD2d 1247, 1248). Present—Pigott, Jr., P. J., Green, Hayes, Hurlbutt and Lawton, JJ.

■ In the Matter of RUTH F. ROSENBERG, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [711 NYS2d 375] —Resignation accepted, name stricken from roll of attorneys and order of restitution entered. Present—Pigott, Jr., P. J., Green, Pine, Hayes and Wisner, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARAMIS FOURNIER, Appellant, v JAMES BERBARY, as Superintendent of Collins Correctional Facility, et al., Respondents. [711 NYS2d 810] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Flaherty, J.—Habeas Corpus.) Present—Green, J. P., Hayes, Wisner, Hurlbutt and Kehoe, JJ. (Filed June 23, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN O. SMITH, Appellant. [711 NYS2d 810] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Niagara County Court, Fricano, J.—Criminal Contempt, 1st Degree.) Present—Green, J. P., Hayes, Wisner, Hurlbutt and Kehoe, JJ. (Filed June 23, 2000.)